# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0925
Lower Tribunal No. 92-487 CF A DEP

_____

STATE OF FLORIDA,

Appellant,

v.

KEITH HARTLEY WITTEMEN, JR.,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Scott Cupp, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


James Uthmeier, Attorney General, Tallahassee, and Jonathan S. Tannen and Elba Caridad Martin, Assistant Attorneys General, Tampa, for Appellant.

Allison Ferber Miller, of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED